IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 05-80977 |
| | § | |
| William Clay Fonvielle | | Chapter 13 |
| | § | |
| Debtor(s) | § | |

## **MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, William Clay Fonvielle, Debtor herein, and files this Motion to Voluntarily Dismiss Chapter 13 Bankruptcy, who show in support:

    1.    The Debtor filed for chapter 13 protection on 4/5/05.

    2.    Within the last few weeks, Debtor has discovered that he cannot successfully prosecute his chapter 13 bankruptcy case at this time and wishes to pay off his creditors directly. As such, the Debtor no longer wishes to prosecute his chapter 13 bankruptcy case.

    3.    There are no pending Motions for Relief in the Debtor's bankruptcy case.

    WHEREFORE, PREMISES CONSIDERED, the Debtor prays this Court grant the Motion to Voluntarily Dismiss Chapter 13 Bankruptcy without prejudice.

Dated: August 30, 2005                  Respectfully submitted,

                                            BAILEY & GALYEN, ATTORNEYS AT LAW

                                            */s/ Fred Jones III*
                                            _____
                                            Fred Jones III
                                            TBN 10974400
                                            18333 Egret Bay Blvd. # 120
                                            Houston, TX 77058
                                            (281) 335-7744
                                            (281) 335-4774 (fax)

**Certificate of Service**

  I hereby certify that on 8/30/05, a true and correct copy of the foregoing was served via regular U.S. mail, postage prepaid and/or via electronic notice to the Debtor, the Chapter 13 Trustee, the United States Trustee, and to all creditors, parties requesting notice, and parties in interest.

             */s/ Fred Jones III.*
             _____
             Fred Jones III